IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BEVERLY CULLEY**                                                            **PLAINTIFF**

**VS.**                                                            **CAUSE NO. 4:20cv190-MPM-DAS**

**WEST BOLIVAR CONSOLIDATED SCHOOL DISTRICT,
EVERETH STANTON, EVELYN HENRY,
MICHAEL HONORABLE, JACQUELINE LLOYD,
AND WILLIE GRIFFIN IN THEIR OFFICIAL
AND INDIVIDUAL CAPACITIES**                          **DEFENDANTS**

### AGREED JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket.

IT IS ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 12th day of October, 2023.

_____
MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE

*/s/ Renetha L. Frieson*                                      */s/ Randall E. Day*
Renetha L. Frieson (MSB # 103005)                Randall E. Day, III (MSB # 9722)
Attorney for Plaintiff                                           Attorney for Defendants